Brian DRDEK, Appellant

v.

PENNSYLVANIA BOARD OF PROBA-
TION PAROLE, Benjamin Martinez,
Board Secretary, et. al., Appellees.

Supreme Court of Pennsylvania.

Jan. 28, 2004.

### ORDER

PER CURIAM.

AND NOW, this 28th day of January,
2004, probable jurisdiction is noted and the
order appealed is affirmed. The Applica-
tion for Appointment of Counsel is denied.